Kelly H. Dove
Nevada Bar No. 10569
Tanya N. Lewis
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
       tlewis@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CORAZON VIBAR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 2:21-cv-02085-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Maria Corazon Vibar ("Plaintiff"), through her attorney, Gerardo Avalos of Freedom Law Firm, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Wells Fargo's current deadline to respond to the Complaint is December 21, 2021. In the interest of conserving client and judicial resources, Plaintiff and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **January 7, 2022**, in which to file its responsive pleading.

This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is requested for good cause and so that Wells Fargo can have adequate time to prepare its response.

1  Dated: December 3, 2021                          SNELL & WILMER L.L.P.

3                                                   By:/s/ *Tanya N. Lewis*
4                                                      Kelly H. Dove
                                                       Nevada Bar No. 10569
                                                       Tanya N. Lewis
5                                                      Nevada Bar No. 8855
                                                       3883 Howard Hughes Parkway
6                                                      Suite 1100
                                                       Las Vegas, Nevada 89169

8                                                   *Attorneys for Defendant Wells Fargo Bank, N.A.*

9  Dated: December 3, 2021                          FREEDOM LAW FIRM

12                                                  By: /s/ *Gerardo Avalos**
                                                       George Haines Esq.
13                                                     Gerardo Avalos Esq.
                                                       8985 S. Eastern Ave., Suite 350
14                                                     Las Vegas, Nevada 89123

15                                                  *Attorney for Plaintiff*

16                                                  **e-signed with permission via email*

17                                    **ORDER**

18  **IT IS HEREBY ORDERED THAT Wells Fargo's time to respond to Plaintiff's**
19  **Complaint is extended to January 7, 2022.**
20  **IT IS SO ORDERED.**

                                                    _____
                                                    United States Magistrate Judge
                                                    DATED December 7, 2021

24  Respectfully submitted by:

    SNELL & WILMER L.L.P.
25
    /s/ *Tanya N. Lewis*
26  Kelly H. Dove, Esq.
    Tanya N. Lewis, Esq.
27  3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
28  *Attorneys for Defendant Wells Fargo Bank, N.A.*